Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-Mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>DANA CHARETTE, et al.,<br><br>        Defendants. | CASE NO. CIV-F-03-6247 AWI LJO<br><br>**ORDER WITHDRAWING PLAINTIFF DIRECTV, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CONRAD PALACIOS AND VOLUNTARILY DISMISSING DEFENDANT CONRAD PALACIOS** |

HAVING READ AND CONSIDERED the Request To Withdraw Plaintiff DIRECTV, Inc.'s Motion for Default Judgment Against Defendant Conrad Palacios and for Voluntary Dismissal of Defendant Conrad Palacios and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefor, IT IS HEREBY ORDERED:

(1)     Plaintiff DIRECTV, Inc.'s Motion for Default Judgment Against Defendant Conrad Palacios is withdrawn and the hearing date of May 27, 2005 on that Motion only is vacated;

(2)    Defendant Conrad Palacios is hereby dismissed from this action without prejudice; and

(3)    Each of said parties to bear its/his own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   May 6, 2005**                    **/s/ Anthony W. Ishii**

0m8i78                                 UNITED STATES DISTRICT JUDGE

2