IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., | CASE NO. CV-F-03-6247 LJO |
| Plaintiff, | **ORDER VACATING HEARING** |
| vs. | |
| DANA CHARETTE, et al., | |
| Defendants. | |

    Pursuant to a notice filed on March 14, 2005, plaintiff DIRECTV moves for default judgment against defendant Dana Charette.  The Court finds the motion appropriate for disposition without oral argument.  Pursuant to Local Rule 78-230(h), this matter is submitted on the pleadings without oral argument.  Therefore, the hearing set for May 27, 2005 is VACATED.  The Court will rule on the motion at a later date.

**IT IS SO ORDERED.**

**Dated:   May 23, 2005**           /s/ Lawrence J. O'Neill
**b9ed48**                          **UNITED STATES MAGISTRATE JUDGE**

1