1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DIRECTV, INC.,                                    CASE NO. CV-F-03-6247 AWI LJO

12                        Plaintiff,                    **ORDER ADOPTING FINDINGS**
                                                        **AND RECOMMENDATIONS ON**
13            vs.                                       **DEFAULT JUDGMENT MOTION**
                                                        (Doc. 63)
14    DANA CHARETTE, et al,

15                        Defendants.
                                              /
16

17         In this satellite piracy action, plaintiff DIRECTV, Inc. ("DIRECTV") seeks a $20,000 default

18    judgment against defendant Dana Charette ("Charette").  Charette has neither made an appearance nor

19    filed papers in this action. The matter was referred to a United States Magistrate Judge pursuant to 28

20    U.S.C. §636(b)(1)(B) and Local Rule 72-302(c)(19). However, the defaulting defendant did not execute

21    a consent.  Therefore, the Magistrate Judge found it prudent to issue the decision through findings and

22    recommendations.

23         On May 25, 2005, the Magistrate Judge filed findings and recommendations that plaintiff be

24    granted a $4,000 (four thousand dollar) default judgment, pursuant to 47 U.S.C. §605(a), $1,317.50 in

25    attorneys' fees, and costs pursuant to Rule 54.  The findings and recommendations were served on

26    Plaintiff and contained notice that any objections to the findings and recommendations were to be filed

27    within ten (10) days. *See* Rules 5(a) and 55(b)(2), Federal Rules of Civil Procedures.  No objections

28    have been filed.

1

In accordance with the provisions of 28 U.S.C. §636(b)(1)(C) and Local Rule 73-305, the Court has carefully reviewed the entire file. The Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED THAT:

1. The findings and recommendations issued by the Magistrate Judge on May 25, 2005 are ADOPTED in full.

2. This Court GRANTS the following:

    a. The motion for default judgment in favor of DIRECTV, Inc. and against defendant Dana Charette in the amount of $4,000 in statutory damages pursuant to 47 U.S.C. §605(a),

    b. The request for attorneys' fees in the amount of $1,317.50, and

    c. The request for costs to be awarded pursuant to Rule 54.

IT IS SO ORDERED.

**Dated:    June 17, 2005**                                   _____/s/ **Anthony W. Ishii**_____
0m8i78                                                                UNITED STATES DISTRICT JUDGE