**FILED**

June 21, 2005

Clerk, U. S. District Court
Eastern District of California

By  R. Balli
    Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

DIRECTV, INC.,

              Plaintiff,

    vs.

DANA CHARETTE, et al.

              Defendant.

**DEFAULT JUDGMENT**

**1:03-CV-6247 AWI LJO**

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the
Plaintiff DIRECTV, INC. and against the Defendant Dana Charette
in the amount of $ 4,000.00 in statutory damages. Attorney's
fees in the amount of $1,317.50. Costs to be awarded pursuant
to Rule 54.

Date: June 21, 2005

                            JACK L. WAGNER, Clerk

                            /s/R. Balli

                            By R. Balli, Deputy Clerk

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26